[No. 64917-5-I. Division One. July 6, 2010.]

PAIGE SAGEN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-08356-1, Waldo F. Stone, J. Pro Tem., entered February 4, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Cox, JJ.

[No. 38699-2-II. Division Two. July 7, 2010.]

COLLEEN EDWARDS ET AL., *Respondents*, v. BARBARA LE DUC ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-08029-4, Frederick W. Fleming, J., entered December 5, 2008. *Reversed* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Hunt, J. Now published at 157 Wn. App. 455.

[No. 38974-6-II. Division Two. July 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE LEFFALL III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03964-5, D. Gary Steiner, J., entered February 27, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39227-5-II. Division Two. July 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. NOAH J.L. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02589-8, Frank E. Cuthbertson, J., entered May 1, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Van Deren, JJ.